# IN THE SUPREME COURT, STATE OF WYOMING

## 2024 WY 88

*April Term, A.D. 2024*

**August 21, 2024**

GEROLD ALLAN COX,

**Appellant**
**(Defendant),**

**v.**                                              S-24-0118

**THE STATE OF WYOMING,**

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following the filing of Appellant's *pro se* brief, which he styled as a *Pro se* Response to Brief Re: *Anders v. California*, 386 U.S. 738 (1967). Appellant entered unconditional "no contest" pleas to two offenses: felony interference with a peace officer and misdemeanor interference with a peace officer. Wyo. Stat. Ann. § 6-5-204. On the felony, the district court imposed a sentence of three to six years. Appellant filed this appeal to challenge the district court's February 13, 2024, Judgment and Sentence.

[¶ 2]   On June 20, 2024, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.

[¶ 3]   Now, following a careful review of Appellant's *pro se* brief, the record, and the *Anders* brief submitted by appellate counsel, this Court finds appellate counsel's motion to

withdraw should be granted and the district court's Judgment and Sentence should be affirmed. It is, therefore,

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Gerold Allan Cox, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the Sweetwater County District Court's February 13, 2024, Judgment and Sentence be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 21st day of August, 2024.

**BY THE COURT:**

/s/

**KATE M. FOX**
Chief Justice